**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| WESLEY A. MASSEY, *et al*, | : | |
| | : | |
| Plaintiffs, | : | Case No. 3:26-cv-331 |
| | : | |
| v. | : | Judge Thomas M. Rose |
| | : | |
| BRIDGECREST CREDIT COMPANY, LLC, *et al.* | : | Magistrate Judge Caroline H. Gentry |
| | : | |
| | : | |
| Defendants. | : | |

---

**ORDER OF RECUSAL**

---

Pursuant to 28 U.S.C. § 455(a), the Honorable Thomas M. Rose, of the United States District Court for the Southern District of Ohio, Western Division, Dayton, hereby recuses himself from this matter. The undersigned judicial officer notes that trial counsel for Defendants served as a member of Chambers staff within the last twelve months and this recusal is made to avoid any appearance of impropriety which might be drawn from said relationship.

Accordingly, the above captioned matter is hereby **TRANSFERRED** from the docket of the Honorable Thomas M. Rose to the Clerk of Courts for the Southern District of Ohio for reassignment.

**DONE** and **ORDERED** in Dayton, Ohio, this Thursday, September 3, 2026.

s/Thomas M. Rose

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE