UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

WESLEY A. MASSEY, *et al.*,

Plaintiffs,

Case No. 3:26-cv-331

vs.

BRIDGECREST CREDIT COMPANY, LLC, *et al.*,

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

Defendants.

---

**ORDER: (1) RECUSING THE UNDERSIGNED FROM THIS CASE; AND (2) REFERRING THIS MATTER TO THE CLERK OF COURT FOR REASSIGNMENT TO ANOTHER UNITED STATES DISTRICT JUDGE**

---

The undersigned has a conflict of interest in this case. Consequently, recusal is warranted. *See* 28 U.S.C. § 455(a). The undersigned therefore **RECUSES** himself and **REFERS** this matter to the Clerk for random reassignment to another United States District Judge.

**IT IS SO ORDERED.**

September 8, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge