**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (CINCINNATI)**

| | | |
|---|---|---|
| WESLEY A. MASSEY, *et al.*, | : | Case No. 3:26-cv-00331 |
| | : | |
| Plaintiffs, | : | District Judge Jeffery P. Hopkins |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| | : | |
| BRIDGECREST CREDIT COMPANY LLC, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER CONCERNING COMMUNICATION WITH THE COURT

Wesley Massey, one of the *pro se* Plaintiffs in this case, called the undersigned Magistrate Judge's Chambers on September 18, 2026 to inquire about the status of his filings. Plaintiff was disrespectful to Court staff when he did not receive the answers he sought.

First, disrespect to Court staff is unacceptable and will not be tolerated. *See* Introductory Statement on Civility, S.D. Ohio Local Rules.

Second, the proper way for a litigant to communicate with the Court is by written motion filed with the Clerk of Court. To avoid any improper *ex parte* communications, Plaintiffs are **ORDERED** to communicate with the Court solely by motion, not via telephone call or other informal methods of communication. There may be instances in which a litigant is specifically authorized by the Rules or standing orders to contact the Court directly. In such an instance, Plaintiffs must still maintain the courtesy and civility

required by the Court's Local Rules, and should avoid *ex parte* communication unless specifically authorized.

Plaintiffs may communicate with the Clerk of Court's office to determine if additional documents have been filed on the public docket for this case. They may also find and view the public case docket online by using the PACER Case Locator tool available at https://pcl.uscourts.gov/pcl/index.jsf.

**IT IS SO ORDERED.**

*/s/ Caroline H. Gentry*
CAROLINE H. GENTRY
United States Magistrate Judge